Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW DALEY,<br><br>Defendant. | Docket:6:13-mj-00016-MJS<br><br>MOTION TO DISMISS; AND<br>ORDER THEREON |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby requests that the complaint against the Defendant be dismissed and moves the Court for an order of dismissal without prejudice. The Government intends to re-file the charges as citations with the Central Violations Bureau.

Dated: July3, 2013 .         NATIONAL PARK SERVICE


　　　　　　　　　　　　　　　　　　/S/ Susan St. Vincent
　　　　　　　　　　　　　　　　　　Susan St. Vincent
　　　　　　　　　　　　　　　　　　Acting Legal Officer


**ORDER**

IT IS SO ORDERED.

Dated:   July 3, 2013        /s/ *Michael J. Seng*
　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1